AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

ERNESTO MARCELINO,
on behalf of himself, FLSA Collective Plaintiffs
and the Class

*Plaintiff(s)*

v.  Civil Action No. 18-cv-11148

MON CHER LLC d/b/a LA PULPERIA, TRES
AMIGOS CORP. d/b/a LA PULPERIA, TRES
MOSQUETEROS CORP. d/b/a LA PULPERIA,
VICTOR MEDINA and CARLOS BARROZ

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CARLOS BARROZ
371 West 46th Street
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: (212) 465-1188

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/30/2018

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

