UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERNESTO MARCELINO, *on behalf of himself,* : 
*FLSA Collective Plaintiffs and the Class*, :
: 
                                              Plaintiff,    :    Case No.: 18-cv-11148
: 
   -against-                                         :    **[PROPOSED]**
:    **RULE 68 JUDGMENT**
MON CHER LLC d/b/a LA PULPERIA,          : 
TRES AMIGOS CORP. d/b/a LA PULPERIA,   : 
TRES MOSQUETEROS CORP. d/b/a LA PULPERIA, : 
VICTOR MEDINA and CARLOS BARROZ,       : 
: 
                                              Defendants.  : 
:

---

      **WHEREAS**, pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants TRES AMIGOS CORP. d/b/a LA PULPERIA, TRES MOSQUETEROS CORP. d/b/a LA PULPERIA, VICTOR MEDINA and CARLOS BARROZ (collectively, "Defendants") having offered to allow Plaintiff ERNESTO MARCELINO ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Nine Thousand Six Hundred Forty Dollars ($9,640.00), inclusive of reasonable attorneys' fees, expenses and costs to the date of this offer for Plaintiff's federal claims;

      **WHEREAS**, on September 30, 2019, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' offer of judgment (Dkt. No. 68);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in the amount of $9,640.00 as against Defendants.

**SO ORDERED:**

Dated: _____, 2019        _____
      New York, New York                         JAMES L. COTT
                                                          United States Magistrate Judge