UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ERNESTO MARCELINO, *on behalf of himself,* *FLSA Collective Plaintiffs and the Class*, | |
| Plaintiff, | Case No.: 18-cv-11148 (JLC) |
| -against- | **[PROPOSED]** **RULE 68 JUDGMENT** |
| MON CHER LLC d/b/a LA PULPERIA, TRES AMIGOS CORP. d/b/a LA PULPERIA, TRES MOSQUETEROS CORP. d/b/a LA PULPERIA, VICTOR MEDINA and CARLOS BARROZ, | |
| Defendants. | |

**WHEREAS**, pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants TRES AMIGOS CORP. d/b/a LA PULPERIA, TRES MOSQUETEROS CORP. d/b/a LA PULPERIA, VICTOR MEDINA and CARLOS BARROZ (collectively, "Defendants") having offered to allow Plaintiff ERNESTO MARCELINO ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Nine Thousand Six Hundred Forty Dollars ($9,640.00), inclusive of reasonable attorneys' fees, expenses and costs to the date of this offer for Plaintiff's federal and state law claims;

**WHEREAS**, on September 30, 2019, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' offer of judgment (Dkt. No. 68);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in the amount of $9,640.00 as against Defendants.

**SO ORDERED:**

Dated: _____, 2019         _____
         New York, New York                    JAMES L. COTT
                                               United States Magistrate Judge