UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERNESTO MARCELINO, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                   Plaintiff,

  -against-

MON CHER LLC d/b/a LA PULPERIA,
TRES AMIGOS CORP. d/b/a LA PULPERIA,
TRES MOSQUETEROS CORP. d/b/a LA PULPERIA,
VICTOR MEDINA and CARLOS BARROZ,

                   Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/19

Case No.: 18-cv-11148 (JLC)

[PROPOSED]
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants TRES AMIGOS CORP. d/b/a LA PULPERIA, TRES MOSQUETEROS CORP. d/b/a LA PULPERIA, VICTOR MEDINA and CARLOS BARROZ (collectively, "Defendants") having offered to allow Plaintiff ERNESTO MARCELINO ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Nine Thousand Six Hundred Forty Dollars ($9,640.00), inclusive of reasonable attorneys' fees, expenses and costs to the date of this offer for Plaintiff's federal and state law claims;

**WHEREAS**, on September 30, 2019, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' offer of judgment (Dkt. No. 68);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in the amount of $9,640.00 as against Defendants.

*The Clerk is directed to close this case.*

**SO ORDERED:**

Dated: September 30, 2019
New York, New York

                                       JAMES L. COTT
                                       United States Magistrate Judge